IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 20-mc-00183-MEH

IN THE MATTER OF THE SEIZURE OF FUNDS IN A FINANCIAL ACCOUNT

**GOVERNMENT'S MOTION TO RESTRICT CASE**

COMES NOW the United States of America by and through the undersigned Assistant United States Attorney, and respectfully moves the Court for an Order restricting the Seizure Warrant, Application, and Affidavit for Seizure Warrant in the above-named matter, as well as this Motion. As grounds therefore, the United States submits the following:

1. The Affidavit for Seizure Warrant and Seizure Warrant is for the seizure and restraint of funds held in a foreign bank account in a foreign country, in particular Switzerland. To effectuate the restraint of the subject account, the United States, through the Office of International Affairs, must submit a request pursuant to a Mutual Legal Assistance Treaty between the United States and Switzerland. The Swiss authorities then review the request and take the necessary legal actions under Swiss law to restrain and/or seize the funds in the subject account. This process can take several weeks to accomplish.

2. The release of information in the Affidavit and Seizure Warrant in this matter may substantially jeopardize the ability to restrain and seize the funds in the subject bank account. Likewise, public revelation of the details of the requested seizure, through public access to the Affidavit, would jeopardized the recovery of these funds.

1

3. At this juncture, public interest in access to these submissions does not, it is respectfully submitted, outweigh the foregoing interests.

4. In addition, sharing the restricted Affidavit, Application, and Seizure Warrant, with the Swiss government will be required for execution of the Seizure Warrant and furtherance of the criminal investigation.

WHEREFORE, it is respectfully requested that the Seizure Warrant, Application, and Affidavit for Seizure Warrant in the above-named matter, as well as this Motion, be restricted at a Level 2 restriction, with an exception to permit foreign governments to view the Affidavit for investigative and law enforcement purposes, including execution of the Seizure Warrant, until further order of the Court.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By: s/ *Tonya S. Andrews*
Tonya S. Andrews
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Ste. 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: tonya.andrews@usdoj.gov
*Attorneys for the United States*