IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 20-mc-00183-MEH

IN THE MATTER OF THE SEIZURE OF FUNDS IN A FINANCIAL ACCOUNT

_____

**ORDER TO RESTRICT CASE**
_____

This matter is before the Court on the Government's Motion to Restrict Case. Upon consideration and for good cause shown,

IT IS ORDERED that the Seizure Warrant, Application, Affidavit for Seizure Warrant, Motion to Restrict, as well as any order revealing the contents of the Affidavit, are hereby restricted at Level 2, with an exception to permit foreign governments to view the Affidavit, Application, and Seizure Warrant, for investigative and law enforcement purposes, including execution of the Seizure Warrant, until further order of the Court.

SO ORDERED this 22nd day of October, 2020.

BY THE COURT:

*Michael E. Hegarty*
_____
The Honorable Michael E. Hegarty
United States Magistrate Judge