IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 20-mc-00183-MEH

IN THE MATTER OF THE SEIZURE OF FUNDS IN A FINANCIAL ACCOUNT
_____

## MOTION TO UNRESTRICT CASE
_____

COMES NOW the United States of America by and through the undersigned Assistant United States Attorney, hereby moves to unrestrict the above-captioned case.

As grounds therefore, the United States states that this case was restricted until further order of the Court, due to the pending seizure.  The investigation and seizure have been completed and the target of the investigation has been indicted; thus, it is no longer necessary for this case to remain restricted.

WHEREFORE, the United States respectfully requests that this case be unrestricted.

DATED this 11th day of December, 2020.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By: s/ *Tonya S. Andrews*
    Tonya S. Andrews
    Assistant United States Attorney
    United States Attorney's Office
    1801 California St., Ste 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    E-mail: tonya.andrews@usdoj.gov
    *Attorney for the United States*