IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 20-mc-00183-MEH

IN THE MATTER OF THE SEIZURE OF FUNDS IN A FINANCIAL ACCOUNT

**ORDER TO UNRESTRICT CASE**

THIS MATTER comes before the Court on the United States' Motion to Unrestrict Case, and the Court having reviewed said Motion finds that for good cause shown, the Motion is granted and this case is unrestricted.

SO ORDERED this 14th day of December, 2020.

BY THE COURT:

_____
Michael E. Hegarty
United States Magistrate Judge